Opinion issued April 27, 2023



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00963-CV

———————————

## IN RE PATHFINDER SERVICES, LLC D/B/A COASTAL TERMINAL SERVICES, JACOB ANSLUM, JILL ANSLUM, DUSTIN DITTMAN, SLEGTE HOND, LLC, CHAD VLASAK, AND MONA VLASAK, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Pathfinder Services, LLC, doing business as Coastal Terminal

Services, Jacob Anslum, Jill Anslum, Dustin Dittman, Slegte Hond, LLC, Chad

Vlasak, and Mona Vlasak, filed a petition for writ of mandamus asserting that the

trial court abused its discretion in its "interpretation" and application of the trial court's February 18, 2022 temporary injunction order.[1]

On April 10, 2023, relators filed a "Notice of Withdrawal of Petition for Writ of Mandamus," stating that "[b]ased on subsequent orders from the trial court, [the] bases of their Petition for Writ of Mandamus ha[d] become moot and [relators] desire[d] to withdraw" their petition. Relators therefore requested that "the [C]ourt remove [their mandamus petition] from its docket." We construe relators' notice of withdrawal as a motion to voluntarily dismiss their petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

Relators' motion does not include a certificate of conference, but more than ten days have passed since the motion was filed, and no party has opposed the relief requested in the motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant relators' motion and dismiss the petition. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.

---

[1] The underlying case is *Pathfinder Services, LLC v. Jacob Anslum, Jill Anslum, and Dustin Dittman*, Cause No. 2021-50845, in the 190th District Court of Harris County, Texas, the Honorable Beau A. Miller presiding.

2